IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CASE NUMBER 1:17-CR-105-MJT |
| | § | JUDGE MICHAEL TRUNCALE |
| | § | |
| | § | |
| JOSEPH DEE CARTER | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Defendant, Joseph Dee Carter, filed a *pro se* "Motion for Early Termination of Probation or Supervised Release Term."  [Dkt. 55.]  The Government and his supervising probation officer are opposed.  Pursuant to 28 U.S.C. § 636(b), the Local Rules for the United States District Court for the Eastern District of Texas, and a specific referral order [dkt. 56], this motion was before United States Magistrate Judge Christine L. Stetson.  Judge Stetson issued a report with recommended findings of fact and conclusions of law stating that Defendant's motion should be denied.  [Dkt. 57.]  No objections were filed to the report and recommendation by the parties.

The Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report of the United States Magistrate Judge [Dkt. 57] is ADOPTED.  It is therefore ORDERED that the Defendant's motion [dkt. 55] is DENIED.

**SIGNED this 3rd day of April, 2024.**

Michael J. Truncale
United States District Judge

1